**2003–1092.   Gilchrist v. Gonsor.**

Cuyahoga App. No. 80944, 2003-Ohio-2297. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. On March 11, 2004, amicus curiae Ohio Academy of Trial Lawyers filed a motion for leave to file a responsive brief to amicus curiae Member Companies of the American International Group, Inc.'s reply brief. Whereas, the Rules of Practice do not permit the filing of a response to a reply brief,

IT IS ORDERED by the court, sua sponte, that amicus curiae Ohio Academy of Trial Lawyers' motion for leave be, and hereby is, stricken.

**2003–1682.   State ex rel. Regal Ware, Inc. v. Indus. Comm.**

Franklin App. No. 02AP–1264, 2003-Ohio-4184. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before March 31, 2004.